UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PORTOFINO HOMEOWNERS MASTER
ASSOCIATION, INC.,

    Plaintiff,

v.                                  Case No. 3:14cv26-MCR-EMT

HOTWIRE COMMUNICATIONS, LTD,
and HOTWIRE COMMUNICATIONS, LLC,

    Defendants.
_____/

## ORDER

    This cause is before the Court on the Defendants' Third Motion to Extend the Pretrial Deadline to Serve Expert Disclosures and Reports (doc. 77), which Plaintiff opposes. Before the Court rules on this matter, the Plaintiff shall be required to file an *expedited* response to the motion. Accordingly, the Plaintiff shall file a response to this motion on or before the close of business on **Friday, August 22, 2014**. Defendants' expert disclosure deadline is tolled pending the Court's disposition of this motion.

    **DONE AND ORDERED** this 19th day of August, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**